**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 6/15/2016

Case: McCoy v. City of New York et al

Civ. A. 16CV1636 (AMD) (VMS)
**ECF Recording in 504N:**   ☐ Telephone Conference   ☑ In-person Conference

10:44 – 11:04

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)
**Conference Type:**

☑ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**   *See initial conference order*
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*
☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder       ☐ To be served       ☐ To be filed
   ☐ Complaint ☐ Answer            ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☑ Status conference           Date:           Time:
   ☐ In person ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☑ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated      ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed        ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☑ Settlement Conference           Date:           Time:

Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
ROOSEVELT MCCOY

                                               **INITIAL SCHEDULING ORDER**

Plaintiff(s),

                                         16   -CV- 1636   ( AMD ) (VMS)

-against-

CITY OF NEW YORK, ET AL.

Defendant(s)
-------------------------------------------------------------

Upon consent of the appearing parties and their counsel, it is hereby **ORDERED** as follows:

1)  Defendant(s) shall answer or otherwise move with respect to the complaint by ___6/10/16___ .

2)  Automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure must be completed by ___6/22/16___, if not yet completed.

3)  Initial document requests and interrogatories will be served no later than ___6/30/16___ . If the parties intend to issue interrogatories, they will serve no more than __25__ interrogatories. The parties are aware that the presumptive cap on the number of interrogatories is 25, including subparts.

4)  No additional parties may be joined after ___8/1/16___ . By this date, the parties may either stipulate to the addition of new parties or commence motion practice for joinder in accordance with the Individual Rules of the District Judge assigned to this case.

5)  No amendment of the pleadings will be permitted after ___8/1/16___ unless information unknown to the parties by this date later becomes available to them. By this date, the parties

3

may either stipulate to the amendments of the pleadings or commence motion practice for leave to amend the pleadings in accordance with the Individual Rules of the District Judge assigned to this case.

6) Fact discovery closes __12/15/16__ .

*Note: Treating physicians who may be called as witnesses, including as expert witnesses, should generally provide their reports or summaries and be deposed during the fact discovery period.*

7) As to expert disclosures,

   a) The names, qualifications and area(s) of expertise of initial experts shall be served on or before __N/A__ .

   b) Initial expert witness reports shall be served on or before __N/A__ .

   c) Rebuttal expert witness reports shall be served on or before __N/A__ .

8) All discovery, including any depositions of experts, shall be completed on or before __12/15/16__ .

   *(Generally, this date must be no later than 9 months after the initial conference.)*

9) On or before __12/16/16__ , the parties must file on ECF a joint letter confirming that discovery is concluded.

10) Any dispositive motion practice must be commenced by __1/16/17__ , within 30 days of the close of all discovery.

    Parties must consult the Individual Rules of the District Judge assigned to this case to determine, inter alia, if a pre-motion conference letter is required before a dispositive motion is filed, whether a Local Rule 56.1 statement must be submitted with the motion and whether such a motion must be "bundled."

11) A proposed joint pre-trial order must be filed (or if required by the District Judge, a scheduling date must be requested) by __2/16/17__ , within 60 days of the close of fact discovery.

    This date is not stayed during any dispositive motion practice unless ordered by the District Judge assigned to this case or permitted by the District Judge's Individual Rules.

12) Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)?

    a) No __X__ Do **NOT** indicate which party has declined to consent.

    b) Yes _____

*If yes, fill out the AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge Form and file it on the Court's ECF system. See http://www.uscourts.gov/FormsAndFees/Forms/CourtFormsByCategory.aspx*

13) A discovery status telephone conference/an in-person Status Conference is set for __9/27/16__ at __3:30__ ___ a.m. _X_ p.m. If a telephone conference is scheduled, the conference call will be arranged and initiated by Plaintiff or Defendant (circle one) to Chambers at 718 613 2300. A joint discovery status letter must be filed on ECF by __9/20/16__ in preparation for the conference. *The Court will schedule these dates.*

14) A final pre-trial conference is set for __TBD__. *The Court will schedule this date.*

15) The parties may wish to engage in settlement discussions. To facilitate this process, Plaintiff(s) agree(s) to make a demand on or before __7/11/16__, and Defendant(s) agree(s) to respond to the demand on or before __8/8/16__.

*After the parties have exchanged a demand and response, the Parties may request a settlement conference by filing on ECF a letter that requests a conference and informs the Court of at least three dates when all counsel and all parties with decision-making authority (including, if necessary, insurance representatives) are available for an in-person conference. The parties will be required to submit an ex parte settlement statement letter a week before the conference.*

16) Any additional matters:

\* Settlement conference 8/30/16 @ 2:15 p.m.

5

This scheduling order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date hereof.

Dated: Brooklyn, New York
6/15/16

/s/
_____
VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE

**CONSENTED TO BY COUNSEL:**

Signature: _____
Name: Gabriel P. Harvis
*Attorney for Plaintiff(s)*
Address:  305 Broadway, 14th Fl, NY NY 10007
E-mail: gharvis@civilrights.nyc
Tel.: 212.323.6880
Fax: 212.323.6881

Signature: _____
Name: Alexandra Corsi
*Attorney for Defendant(s)* City of NY, Det. Desormeau, Det. Neve
Address: 100 Church St, NY NY 10007
E-mail: acorsi@law.nyc.gov
Tel.: 212-356-2340
Fax: 212-356-3509

*(Additional counsel should provide the same information.)*

6