

| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ARTHUR LARKIN<br>*Senior Counsel*<br>Phone: (212) 356-2641<br>Fax: (212) 356-3509<br>Email: alarkin@law.nyc.gov |

July 25, 2016

**BY ECF**
Honorable Vera Scanlon
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>Re: Roosevelt McCoy v. City of New York, et al.,
>    16 CV 1636 (AMD) (VMS)

Your Honor:

      I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York. I write on behalf of Alexandra Corsi, the ACC currently assigned to the defense of the above-referenced case but who is out of the office for the remainder of this week. For the reasons set forth below, it is respectfully requested that the Court stay this case for 30 days.

      As the Court is aware, both Ms. Corsi and the Special Federal Litigation Division of this Office have been conflicted off this case. The requested stay will allow the individual defendants time to explore a change in counsel and new counsel to become familiar with this matter. Similarly, a stay would allow this office time to reassign the matter to a different Division within the Law Department and for the newly assigned attorney to get on board with the case relevant to the City's defense.

      Finally, it is further requested that the settlement conference in this case currently scheduled to go forward on August 30, 2016 at 2:15 p.m. as well as any other case deadlines be adjourned until after the end of the requested stay period.

Thank you for your consideration herein.

Respectfully submitted,

Arthur Larkin
Senior Counsel
Special Federal Litigation Division

cc:   Gabriel Harvis, Esq.  (By ECF)
      *Attorney for Plaintiff*