Record of Conference and Orders: Vera M. Scanlon, USMJ          Date: ~~10/18/2016~~ 11/2/16

Case: McCoy v. City of New York et al

Civ. A. 16 CV 1636 (AMD) (VMS)
ECF Recording in 504N:          ☐ Telephone Conference          ☑ In-person Conference

11:01 – 11:30

Counsel: *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)
Conference Type:

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☑ Discovery Conference ☐
☐ JPTO Conference      ☐ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record          [45] is granted as unopposed
                                          see [47, 56]

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder          ☐ To be served          ☐ To be filed
    ☐ Complaint ☐ Answer                    ☐ On consent ☐ By motion ☐ By PMC letter
☑ Joint status letter ☐ Stip of dismissal to be filed      12/16/16
☐ Status conference                          Date:              Time:
    ☐ In person ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated          ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed          ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference                      Date:              Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: McCoy                              Civ. A. 16-1636

Date: 11/2/2016

**Additional Orders:**

The motion related to the Desormeau grand jury minutes is granted as unopposed.

Ds Neve & Desormeau applied for a temporary stay pending a grand jury presentment within the next several weeks. The stay is granted until 12/16/16 to protect their Fifth Amendment rights.

By 11/18/16, Ds to produce the disciplinary records discussed today and on 10/7/16.

Mr. Fulton will inquire as to the unidentified person in the video whether his client knows the person's identity.

Counsels' 12/16/16 letter will update the Court on the grand jury and present a proposed revised schedule.

Page 2 of 2