

# KARASYK & MOSCHELLA, LLP
## COUNSELLORS AT LAW

PHILIP KARASYK

JAMES M. MOSCHELLA

ADAM R. ETMAN

MICHAEL LACONDI

OF COUNSEL

ELLIOT M. RUDICK

SHIVA BAHMANI

ALAN SERRINS

ERIC RICHMAN

BARRY WASHOR

MELODI KINSELLA

February 21, 2017

<u>Via Electronic Case Filing</u>
Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: McCoy v. Desormeau & Neve
      Docket No.: 16-CV-01636 (AMD) (VMS)
      <u>Status Report and Request to Extend Stay</u>

Dear Magistrate Scanlon:

  We are the attorneys for defendant, Sasha Neve, in the above-referenced action. We write this letter in furtherance of the Court's order, to update the Court on the status of the parallel criminal proceeding related to this matter. Co-defendant Desormeau hereby joins in this letter as well.

  Since our last conference, both Detectives were indicted by a New York County Grand Jury arising from an arrest they effected and statements and testimony they gave pursuant to such arrest. In addition, the Queens County District Attorney has indicated that they have begun or are imminently beginning to present the incident involving Plaintiff McCoy to a Grand Jury. Thus, we have every reason to believe that we will either have an indictment, or a no true bill, very shortly in Queens.

  Based on the foregoing, defendants respectfully request that the temporary stay of this proceeding be continued pending the additional Grand Jury proceeding. We respectfully suggest that defendants be allowed to submit a status report to the Court within thirty days, by March 21, 2017, to update your Honor on such proceedings. Plaintiff's counsel, Gabriel Harris, consents to the extension.

February 21, 2017
Re:   McCoy v. Desormeau and Neve

Page 2

Accordingly, it is requested that the stay be extended to March 21, 2017, and defendants update the Court by such date.

Thank you for your consideration of this matter.

Very truly yours,

KARASYK & MOSCHELLA, LLP

JAMES M. MOSCHELLA

cc:   All counsel - via electronic case filing

W:\IRODRIG\MOSCHELLA\Neve, Sasha\ltrJudgeScanlon4.wpd