<u>Record of Conference and Orders: Vera M. Scanlon, USMJ</u>     Date: <u>5/4/2017</u>

Case: <u>McCoy v. City of New York et al</u> Civ. A. 16-1636 (AMD) (VMS)

ECF Recording in 504N:     ☐ Telephone Conference     ☒ In-person Conference

2:35 - 2:42, 2:48 - 2:59

<u>Counsel:</u> *(See separately docket entry or document for specific appearances)*     JTR

☒ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☒ Counsel for Defendant(s) ☐ Pro Se Defendant(s)
<u>Conference Type:</u>

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☒ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

<u>Further to the conference, discovery and other scheduling dates are as follows:</u>
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☒ Motions decided on the record        [66] is granted

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder          ☐ To be served    ☐ To be filed
   ☒ Complaint ☐ Answer                    ☐ On consent ☐ By motion ☐ By PMC letter
☒ Joint status letter ☐ Stip of dismissal to be filed      12/15/17
☐ Status conference                       Date:             Time:
   ☐ In person ☐ Telephone (718) 613-2300   To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated        ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed       ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference                   Date:             Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: McCoy v. City of New York et al Civ. A. 16-1636 (AMD) (VMS)

Date: 5/4/2017

**Additional Orders:**

π will raise a demand by 5/12/17, Ds to consider demand and respond by 6/2/17.

Discovery stayed until the resolution of the criminal proceedings in Queens & NY Counties. Within 2 weeks of the resolution, counsel is to contact the Court to set a discovery schedule.

Page 2 of 2