UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROOSEVELT MCCOY,                                  16 CV 1636 (AMD) (VMS)

                Plaintiff,

-against-                                         **STIPULATION AND
                                                  ORDER OF DISMISSAL**

CITY OF NEW YORK; DETECTIVE KEVIN
DESORMEAU, SHIELD NO. 3787; POLICE
OFFICER SASHA NEVE, SHIELD NO. 514; AND
JOHN AND JANE DOES 1 THROUGH 10,
INDIVIDUALLY AND IN THEIR OFFICIAL
CAPACITIES (the names John and Jane Doe being
fictitious, as the true names are presently unknown),

                Defendants.
------------------------------------------------------------X

    WHEREAS the parties have reached a settlement agreement and now desire to resolve all issues raised in this litigation, without further proceedings and without admitting any fault or liability;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that:

    1. The above-referenced action is hereby dismissed, with prejudice, as against Defendants, SASHA NEVE and KEVIN DESORMEAU; and

    2. Notwithstanding the dismissal of this action in accordance with this stipulation and order, the Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement executed by the parties as set forth in the Stipulation of Settlement, previously executed by counsel for the parties herein.

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   AUG 03 2017   ★

BROOKLYN OFFICE

3. An electronic, faxed, or scanned signature shall be considered an original and be given full force and effect of an original signature.

Dated: New York, NY
July 12, 2017

*JAMES M. MOSCHELLA, ESQ.*
Karasyk & Moschella, LLP
*Attorneys for Defendant Neve*
233 Broadway, Suite 2340
New York, NY 10279

GABRIEL P. HARVIS, ESQ.
Harvis & Fett, LLP
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, NY 10007

JOHN ARLIA, ESQ.
Wenger & Arlia, LLP
*Attorneys for Defendant Desormeau*
20 Vessey St., #210
New York, NY 10007

SO ORDERED:

s/ AMD
HON. ANN M. DONNELLY
U.S. DISTRICT JUDGE